FILED

AUG 28 2018

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 11-86-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| RICHARD WALKER CUMMINS, V, | |
| Defendant. | |

For the reasons stated on the record, RICHARD WALKER CUMMINS, V is hereby released from the custody of the U.S. Marshals Service.

DATED this 28th day of August, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1