IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
SEP 12 2018
Clerk, US District Court
District of Montana - Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD WALKER CUMMINS, V, <br><br> Defendant. | CR 11-86-BLG-SPW <br><br><br> ORDER |

Upon the Court's own Motion,

IT IS HEREBY ORDERED that the Dispositional Hearing set for Wednesday, October 31, 2018 at 2:30 p.m. is **VACATED**.

IT IS FURTHER ORDERD that the revocation hearing set for Thursday, October 4, 2018 at 2:30 p.m. shall remain as set.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 12th day of September, 2018.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1